DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANDRE L. WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3309

_____

September 15, 2023

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Andre L. Williams, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jonathan S. Tannen, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.